```
- - - - - - - - - - - - - - - X
EVATEIYA DORE                    |        42 U.S. CODE
                PLAINTIFF        |           § 1983
     V.                          |
THE CITY OF NEWYORK,             |        18CV5343
HUNTER AMBLANCE SERVICES,        |        CIVIL DOCKET
J. ALPHONSE # 432302.            |          NUMBER
A. ALI # 446969, ET. AL.         |
                                 |     - - - - - - - - - -
                DEFENDANTS.      |     PRO SE PLAINTIFF
                                 |
- - - - - - - - - - - - - - - X
```

PARTIES TO SAID LAWSUIT

1. THE CITY OF NEWYORK
2. HUNTER AMBLANCE SERVICES
3. J. ALPHONSE # 432302
4. A. ALI # 446969

THE DUTY OF CARE FALLS ON THE DOCTOR OR PHYSICIAN THATS IN CARE OF THE PATIENT. HOWEVER, ONCE A DOCTOR OR PHYSICIAN VOLUNTARLIY DECIDES TO ASSIT OTHERS OR COME TO THEIR AID, HE OR SHE BECOMES LIABLE FOR ANY INJURY THAT

AFFIDAVIT OF SERVICE

I TYRA SPRUILLS, BEING DULY SWORN SAID AND DEPOSED THAT THE STATEMENTS AND INFORMATION STATED IN THIS 1983 U.S ACTION IS IN FACT TRUE AND I HAVE SENT A VIA MAIL NOTICE THROUGH THE NEW YORK MAIL SERVICE THAT ALL STATEMENTS WERE SENT TO THE FOLLOWING PARTIES LISTED BELOW.....

CLERK OF THE CLERK OF THE COURT
THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES
COURT HOUSE 500 PEARL STREET
NEW YORK, NEW YORK 10007

RESULTS FROM ANY NEGLIGENCE DURING THAT ASSISTANCE. ONCE THE REQUISITE DOCTOR-PHYSICIAN PATIENT RELATIONSHIP IS ESTABLISHED, THE DOCTOR OR PHYSICIAN OWES TO THE PATIENT A DUTY OF CARE AND TREATMENT WITH THE DEGREE OF SKILLS, CARE, AND DILIGENCE AS POSSESSED BY, OR EXPECTED OF A REASONABLY COMPETENT DOCTOR OR PHYSICIAN UNDER THE SAME OR SIMILAR CIRCUMSTANCES.

## STATEMENT OF FACTS

PLAINTIFF BRINGS THIS PRO-SE ACTION AGAINST ALL OF THE DEFENDANTS NAMED IN THE ABOVE ACTION ON GROUNDS THAT THE PLAINTIFF CONSTITUTIONAL RIGHTS WERE VIOLATED.

ON JUNE 11, 2017 APPROXIMATELY BETWEEN THE HOURS OF 5:00 PM AND 7:00 PM. THE PLAINTIFF WAS BEING TRANSFERED FROM QUEENS HOSPITAL CENTER - ADULT OUTPATIENT CLINIC TO BRONX LEBANON HOSPITAL LOCATED AT 169 ST AND FULTON AVE.

(2)

HOWEVER, THE PLAINTIFF NEVER MADE IT THERE DUE TO THE LACK OF SKILLS AND CARE OF THE DEFENDANTS J. ALPHONSE # 432302 AND ALI # 446969. THESE DEFENDANTS TOOK THE PLAINTIFF TO THE WRONG HOSPITAL WHICH WAS BRONX LEBANON HOSPITAL LOCATED AT 174 ST AND THE GRAND CONCOURSE.

THESE DEFENDANTS HAVE FAILED TO BE TRAINED AND SUPERVISED ON HOW NOT TO LEAVE A PATIENT UNATTENDED WHERE THAT PATIENT WHO IS SUFFERING FROM A PSYCHIATRIC SITUATION WERE PLAINTIFF WAS NOT BEING MONITORED. PLAINTIFF JUMPED OUT THE AMBULANCE VEHICLE WERE THE DEFENDANTS LOSS CONTACT WITH THE PLAINTIFF. PLAINTIFF WAS MISSING FOR MORE THAN 24 HOURS UNTIL SHE WAS LOCATED AND ADMITTED TO THE CORRECT HOSPITAL.

③

TYRA SPRUILLS WHO IS THE MOTHER AND GUARDIAN AT THE TIME SUFFERED AN EMOTIONAL BREAK DOWN DUE TO THE FACT THAT THE DEFENDANTS COULD NOT LOCATE THE PLAINTIFF FOR MORE THAN 24 HOURS.

THE PLAINTIFF WAS NOT PROTECTED BY THE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW PROVIDED BY THE CONSTITUTION. THE PLAINTIFF WAS DEINED SERVICES UNTIL PLAINTIFFS MOTHER MADE PAYMENT IN CASH THAT SHE DIDNT HAVE IN THE AMOUNT OF $ 765.00.

MALPRACTICE DEALS WITH A POOR MEDICAL TREATMENT OR MISTAKEN DIAGNOSIS FROM A MEDICAL PROVIDER SUCH AS A DOCTOR, NURSE, TECHNICIAN, HOSPITAL OR MEDICAL WORKERS. THESE DEFENDANTS WHO ARE MEDICAL WORKERS ALLOWED THE PLAINTIFF'S DAUGHTER TO LEAVE THEY CARE, WHICH SHOW'S THE LACK OF THE DEFENDANTS SKILL'S, CARE, TREATMENT AND DUTY TO HONOR THE PHYSICIAN AND PATIENT CONTRACTS ONCE THE

4

PATIENT PROTECTION IS GUARANTEED BY HER CONSTITUTIONAL RIGHTS.

WHEREFORE, I RESPECTFULLY ASK THAT THESE DEFENDANTS BE HELD ACCOUNTABLE FOR THEIR LACK OF PROFESSIONAL TRAINING AND SUPERVISING AND BY DOING SO, THE PLAINTIFF MAY BE COMPENSATED FOR COMPENSATIONAL DAMAGES ALONG WITH PUNTIVE DAMAGES.

I WOULD LIKE TO THANK THE COURT IN ADVANCE FOR YOUR TIME AND CONSIDERATION CONCERNING THE ABOVE MATTER.

SINCERELY YOURS,

TYRA SPRUILLS
PRO - SE PLAINTIFF

RUBY E. MOE
NOTARY PUBLIC, State of New York
No. 31-2736975
Qualified in New York County
Commission Expires 9-30-2021

STATE OF NEW YORK)
COUNTY OF MANHATTAN

ON THIS 11th DAY OF June, 2018, BEFORE ME PERSONALLY CAME TYRA SPRUELLS, TO ME KNOWN AND KNOWN TO ME TO BE THE INDIVIDUAL DESCRIBED IN AND WHO EXCUTED THE FOREGOING INSTRUMENT, AND SHE ACKNOWLEDGED TO ME THAT SHE EXCUTED THE SAME.

Ruby E. Moe
NOTARY PUBLIC

RUBY E. MOE
NOTARY PUBLIC, State of New York
No. 31-2738975
Qualified in New York County
Commission Expires 9-20-2021

U.S. POSTAGE
PAID
NEW YORK, NY
10039
JUN 11, 18
AMOUNT
**$10.15**
R2304H108308-22

1005   10007

7016 1970 0001 0924 8102

**CERTIFIED MAIL®**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**PRESS FIRMLY TO SEAL**

PRESS FI

# PR
# ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Pro Se x

FROM: Tyra Spruills
720 Lenox Ave Apt 12E
New York Ny 10039

TO: Court House
500 Pearl Street
New York, New York 10007



This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.



P S 0 0 0 0 1 0 0 0 0 1 4

**EP14F July 2013**
**OD: 12.5 x 9.5**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES POSTAL SERVICE®**